# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2801
Lower Tribunal No. 2014-CA-009282

_____

MARK STEINKE,

Appellant,

v.

MICHAEL STEINKE, beneficiary, and Trustee of the COLLEEN PATRICIA STEINKE
TRUST, and COLLEEN PATRICIA STEINKE TRUST,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Patricia L. Strowbridge, A. James Craner, and Thomas D. Sawaya, Judges.

April 14, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and KAMOUTSAS, JJ., concur.


Kevin P. Mason, of KPM Law Firm, P.A., Boca Raton, for Appellant.

David Jimenez, of Law Offices of David Jimenez, P.L., Gotha, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED